UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. *05 - 10138-DPW* |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| 1. LEONEL ESMENDY ) | |
|    GUERRA-PIMENTEL, ) | 21 U.S.C. §§ 846 and 841(a)(1) |
|    a/k/a José Alfredo ) | - Conspiracy to Distribute |
|    Santiago, ) | Cocaine and Heroin |
|    a/k/a José ) | |
|    Acosta-Melendez, ) | 21 U.S.C. § 856(a)(1) - |
|    a/k/a "Leo," ) | Maintaining a Place for the |
| 2. FERNANDO HERANDNEZ-GONZALEZ,) | Purpose of Drug Distribution |
|    a/k/a Nathaniel Arias, ) | |
|    a/k/a "Nata," ) | 21 U.S.C. §§ 841(a)(1) - |
| 3. MARCIAL SOTO-GARCIA ) | Possession With Intent to |
|    a/k/a Carlos J. ) | Distribute Cocaine |
|    Gonzalez-Ortiz, ) | |
|    a/k/a Francisco Diaz, ) | 21 U.S.C. § 843(b) - Unlawful |
|    a/k/a Nehemias Perez, ) | Use of Communication Facility |
|    a/k/a "Marcial," ) | |
| 4. ROBERTO TUENI, ) | 18 U.S.C. § 1956(a)(1)(A)(i) - |
|    a/k/a Angel Vasquez, ) | Money Laundering |
|    a/k/a Milton J. Martinez, ) | |
|    a/k/a José Guerrero, ) | 42 U.S.C. § 408(a)(7)(B) - |
|    a/k/a "Robertico," ) | Social Security Number Misuse |
| 5. MARINO ALBERTO, ) | |
|    a/k/a Arturo Rosa, ) | 18 U.S.C. § 1028(a)(7) - |
|    a/k/a "Victor," ) | Identity Theft |
|    a/k/a "Peje" ) | |
| 6. LUIS MANUEL ) | 18 U.S.C. § 1028A(a)(1) - |
|    GONZALEZ-CALDERON ) | Aggravated Identity Theft |
|    a/k/a Rafael Jiminez, ) | |
|    a/k/a "Gordo," ) | 18 U.S.C. § 1326(a)(1) - |
| 7. MANUEL FLORENTINO ) | Unlawful Entry After |
|    a/k/a "Lilo," ) | Deportation |
| 8. WILLIAM MARTINEZ, ) | |
|    a/k/a "Primo" ) | 18 U.S.C. § 2 - Aiding |
|    a/k/a "Loro" ) | and Abetting |
|    a/k/a "Lorito" ) | |
| 9. LUIS FERNANDO CARVAJAL ) | 21 U.S.C. § 853 |
|    a/k/a "El Colo" ) | (Criminal Forfeiture |
| 10. EDISON JARAMILLO ) | Allegation) |
|    a/k/a Roberto Feliciano ) | |
|    a/k/a Edison Alberto ) | 18 U.S.C. Sec. 982(a)(1) |

2

```
   Restrepo                      )    (Criminal Forfeiture
     a/k/a "Jimmy"               )    Allegation)
     a/k/a "Eddie"              )
11. CARMEN LOPERA                )
     a/k/a Christina Lopera     )
```

      Defendants.

### INDICTMENT

**COUNT ONE:**    **(21 United States Code Section 846 - Conspiracy to Distribute Cocaine and Heroin)**

The Grand Jury charges that:

From an unknown date but at least by in or about August 2004 and continuing until on or about April 15, 2005, at Boston, Quincy, Braintree, Lawrence, and elsewhere in the District of Massachusetts, and elsewhere,

```
        1. LEONEL ESMENDY
           GUERRA-PIMENTEL,
              a/k/a José Alfredo
              Santiago,
              a/k/a José
              Acosta-Melendez,
              a/k/a "Leo,"
        2. FERNANDO HERANDNEZ-GONZALEZ,
              a/k/a Nathaniel Arias,
              a/k/a "Nata,"
        3. MARCIAL SOTO-GARCIA
              a/k/a Carlos J.
              Gonzalez-Ortiz,
              a/k/a Francisco Diaz,
              a/k/a Nehemias Perez,
              a/k/a "Marcial,"
        4. ROBERTO TUENI,
              a/k/a Angel Vasquez,
              a/k/a Milton J. Martinez,
              a/k/a José Guerrero,
              a/k/a "Robertico,"
        5. MARINO ALBERTO,
              a/k/a Arturo Rosa,
```

3

```
     a/k/a "Victor,"
     a/k/a "Peje"
 6. LUIS MANUEL
    GONZALEZ-CALDERON
     a/k/a Rafael Jiminez,
     a/k/a "Gordo,"
 7. MANUEL FLORENTINO
     a/k/a "Lilo,"
 8. WILLIAM MARTINEZ,
     a/k/a "Primo"
     a/k/a "Loro"
     a/k/a "Lorito"
 9. LUIS FERNANDO CARVAJAL
     a/k/a "El Colo"
10. EDISON JARAMILLO
     a/k/a Roberto Feliciano
     a/k/a Edison Alberto
     Restrepo
     a/k/a "Jimmy"
     a/k/a "Eddie"
```

defendants herein, did knowingly and intentionally combine,

conspire, confederate, and agree with each other and with other

persons, known and unknown to the Grand Jury, to distribute the

controlled substances, to wit: cocaine, a Schedule II controlled

substance, and heroin, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy involved at least

five (5) kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance

and at least one hundred (100) grams of a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled

substance. Accordingly, Title 21, United States Code, Sections

841(b)(1)(A)(ii) and 841(b)(1)(B)(i) are applicable to this

4

count.

    All in violation of Title 21, United States Code, Section 846.

5

**COUNT TWO:**     **(Title 21, United States Code, Section 856(a)(1) –**
             **Maintaining a Place for Drug Purposes; Title 18,**
             **United States Code, Section 2 – Aiding and**
             **Abetting)**

From in or about November 2004 and continuing until on or
about April 15, 2005, at Boston and elsewhere in the District of
Massachusetts,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>       **a/k/a José Alfredo**
>       **Santiago,**
>       **a/k/a José**
>       **Acosta-Melendez,**
>       **a/k/a "Leo,"**

defendant herein, did knowingly and intentionally lease, rent,
use, and maintain a place, to wit; 14 Heron Street, Apartment
Number 207, West Roxbury, Massachusetts for the purpose of
manufacturing, and distributing a controlled substance.

All in violation of Title 21, United States Code, Section
856(a)(1) and Title 18, United States Code, Section 2.

6

**COUNT THREE:** **(Title 21, United States Code, Section 856(a)(1) -**
**Maintaining a Place for Drug Purposes; Title 18,**
**United States Code, Section 2 - Aiding and**
**Abetting)**

From in or about February 2005 and continuing until on or
about April 15, 2005, at Braintree and elsewhere in the District
of Massachusetts,

> **3. MARCIAL SOTO-GARCIA**
> **a/k/a Carlos J.**
> **Gonzalez-Ortiz,**
> **a/k/a Francisco Diaz,**
> **a/k/a Nehemias Perez,**
> **a/k/a "Marcial,"**

defendant herein, did knowingly and intentionally lease, rent,
use, and maintain a place, to wit; 600 Matthew Court, Apartment
Number 600-103, Braintree, Massachusetts, for the purpose of
manufacturing, and distributing a controlled substance.

All in violation of Title 21, United States Code, Section
856(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**    **(Title 21, United States Code, Section 841(a)(1) -**
**Possession With the Intent to Distribute Five**
**Kilograms or More of Cocaine; Title 18, United**
**States Code, Section 2 - Aiding and Abetting)**

On or about March 18, 2005, at Boston and

elsewhere in the District of Massachusetts, and elsewhere,

> **6. LUIS MANUEL**
> **GONZALEZ-CALDERON**
> **a/k/a Rafael Jiminez,**
> **a/k/a "Gordo,"**

defendant herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance.  Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FIVE:**      **(Title 21, United States Code, Section**
                 **841(a)(1) - Possession With Intent to Distribute**
                 **One Hundred Grams or More of Heroin - Title 18,**
                 **United States Code, Section 2 - Aiding and**
                 **Abetting)**

On or about March 19, 2005, at Boston, Malden and elsewhere

in the District of Massachusetts and elsewhere,

> **9. LUIS FERNANDO CARVAJAL**
> **a/k/a "El Colo"**
> **10. EDISON JARAMILLO**
> **a/k/a Roberto Feliciano**
> **a/k/a Edison Alberto**
> **Restrepo**
> **a/k/a "Jimmy"**
> **a/k/a "Eddie"**

defendants herein, did knowingly and intentionally possess with

intent to distribute heroin, a Schedule I controlled substance.

It is further alleged that this offense involved at least

one hundred grams of a mixture and substance containing a

detectable amount of heroin, a Schedule I controlled substance.

Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(i) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

9

**COUNT SIX:**     **(Title 21, United States Code, Section 841(a)(1) -**
                   **Possession with the Intent to Distribute Five**
                   **Hundred Grams or More of Cocaine; Title 18, United**
                   **States Code, Section 2 - Aiding and Abetting)**

On or about March 19, 2005, at Boston and elsewhere in the

District of Massachusetts, and elsewhere,

> **10. EDISON JARAMILLO**
>      **a/k/a Roberto Feliciano**
>      **a/k/a Edison Alberto**
>      **Restrepo**
>      **a/k/a "Jimmy"**
>      **a/k/a "Eddie"**

defendant herein, did knowingly and intentionally possess

with intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five hundred grams of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance.  Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

10

**COUNT SEVEN:**    **(Title 21, United States Code, Section 843(b) -**
                 **Unlawful Use of a Communication Facility; Title**
                 **18, United States Code, Section 2 - Aiding and**
                 **Abetting)**

On or about March 27, 2005, at approximately 1:27 p.m., in

the District of Massachusetts and elsewhere,

### 11. CARMEN LOPERA
### a/k/a Christina Lopera

defendant herein, knowing and intentionally used a communication

facility, to wit: a cellular telephone assigned telephone number

781-420-2174, in committing, causing and facilitating the offense

set forth in Count One of this indictment, specifically

Conspiracy to Distribute Cocaine and Heroin.

All in violation of Title 21, United States Code, Section

843(b) and Title 18, United States Code, Section 2.

11

**COUNT EIGHT:**    **(Title 21, United States Code, Section 841(a)(1) -**
**Possession with the Intent to Distribute Cocaine;**
**Title 18, United States Code, Section 2 - Aiding**
**and Abetting)**

On or about April 15, 2005, at Quincy and elsewhere in the

District of Massachusetts, and elsewhere,

> **5. MARINO ALBERTO,**
> **a/k/a Arturo Rosa,**
> **a/k/a "Victor,"**
> **a/k/a "Peje"**

defendant herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

12

**COUNTS NINE TO THIRTEEN: (Title 18, United States Code, Section
1956(a)(1)(A)(i) - Money Laundering; and
Title 18, United States Code, Section 2
- Aiding and Abetting)**

From in or about November 2004 and continuing to on or about
April 7, 2005, at Boston and elsewhere in the District of
Massachusetts and elsewhere,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>       **a/k/a José Alfredo**
>       **Santiago,**
>       **a/k/a José**
>       **Acosta-Melendez,**
>       **a/k/a "Leo,"**

defendant herein, did knowingly conduct and cause to be conducted
the following financial transactions affecting interstate
commerce, specifically:

| Count | Amount | Description of Transaction |
|-------|--------|----------------------------|
| 9 | $2,875 | Five Money Orders dated November 5, 2004 |
| 10 | $1,425 | Two Money Orders dated December 6, 2004 |
| 11 | $1,425 | One Cashier's Check dated February 3, 2005 |
| 12 | $1,425 | One Cashiers's Check dated March 4, 2005 |
| 13 | $1,425 | One Cashier's Check dated April 7, 2005 |

which involved the proceeds of specified unlawful activity, that
is, conspiracy to distribute cocaine and heroin, in violation of
Title 21, United States Code, Section 846 as charged in Count One

13

of the indictment herein, with the intent to promote the carrying
on of said specified unlawful activity and that while conducting
and attempting to conduct such financial transactions, the
defendant knew that the property involved in the financial
transactions, represented the proceeds of some form of unlawful
activity.

All in violation of Title 18, United States Code, Section
1956(a)(1)(A)(i) and Title 18, United States Code, Section 2.

14

**COUNTS FOURTEEN TO SIXTEEN:** **(Title 18, United States Code, Section 1956(a)(1)(A)(i) - Money Laundering; and Title 18, United States Code, Section 2 - Aiding and Abetting)**

From in or about February 2005 and continuing to on or about April 4, 2005, at Braintree and elsewhere in the District of Massachusetts and elsewhere,

> **3. MARCIAL SOTO-GARCIA**
>     **a/k/a Carlos J.**
>     **Gonzalez-Ortiz,**
>     **a/k/a Francisco Diaz,**
>     **a/k/a Nehemias Perez,**
>     **a/k/a "Marcial,"**

defendant herein, did knowingly conduct and attempt to conduct the following financial transactions affecting interstate and foreign commerce, specifically:

| Count | Amount | Transaction |
|-------|--------|-------------|
| 14 | $2,170 | Two Money Orders dated February 7, 2005 |
| 15 | $1,430 | Two Money Orders dated March 3, 2005 |
| 16 | $1,200 | Two Money Orders dated April 4, 2005 |

which involved the proceeds of specified unlawful activity, that is, conspiracy to distribute cocaine and heroin, in violation of Title 21, United States Code, Section 846 as alleged in Count One of the indictment herein, with the intent to promote the carrying on of said specified unlawful activity and that while conducting

15

and attempting to conduct such financial transactions, the defendant knew that the property involved in the financial transactions, represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 18, United States Code, Section 2.

16

**COUNT SEVENTEEN:** **(Title 42, United States Code, Section 408(a)(7)(B)- Social Security Number Misuse; Tile 18, United States Code, Section 2 - Aiding and Abetting)**

On or about October 29, 2004, at Boston and

elsewhere in the District of Massachusetts,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>    **a/k/a José Alfredo**
>    **Santiago,**
>    **a/k/a José**
>    **Acosta-Melendez,**
>    **a/k/a "Leo,"**

defendant herein, with intent to deceive, falsely represented a

number to be the social security account number assigned by the

Commissioner of Social Security to him, when in fact such number

is not the social security account number assigned by the

Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section

408(a)(7)(B) and Title 18, United States Code, Section 2.

17

**COUNT EIGHTEEN:**     **(Title 18, United States Code, Section**
**1028(a)(7)- Identity Theft; Tile 18, United**
**States Code, Section 2 - Aiding and Abetting)**

On or about October 29, 2004, at Boston and

elsewhere in the District of Massachusetts,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>       **a/k/a José Alfredo**
>       **Santiago,**
>       **a/k/a José**
>       **Acosta-Melendez,**
>       **a/k/a "Leo,"**

defendant herein, did knowingly use, without lawful authority, a

means of identification of another person, to wit: a Commonwealth

of Massachusetts Driver's License in the name Jose Acosta-

Melendez, with the intent to commit, and to aid and abet, a

violation of Federal law, specifically, conspiracy to distribute

cocaine and heroin as charged in Count One of the Indictment

herein.

All in violation of Tile 18, United States Code, Section

1028(a)(7) and Title 18, United States Code, Section 2.

**COUNT NINETEEN:**     **(Title 18, United States Code, Section 1028A(a)(1) - Aggravated Identity Theft; Tile 18, United States Code, Section 2 - Aiding and Abetting)**

On or about October 29, 2004, at Boston and

elsewhere in the District of Massachusetts,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>       **a/k/a José Alfredo**
>       **Santiago,**
>       **a/k/a José**
>       **Acosta-Melendez,**
>       **a/k/a "Leo,"**

defendant herein, during and in relation to an enumerated felony,

specifically misuse of a Social Security Number as charged in

Count Sixteen of the Indictment herein, did knowingly possess and

use, without lawful authority, a means of identification of

another person, to wit: a Commonwealth of Massachusetts Driver's

License in the name Jose Acosta-Melendez.

All in violation of Title 18, United States Code, Section

1028A(a)(1) and Title 18, United States Code, Section 2.

**COUNT TWENTY:** (Title 42, United States Code, Section
408(a)(7)(B)- Social Security Number Misuse; Tile
18, United States Code, Section 2 - Aiding and
Abetting)

On or about February 7, 2005 at Braintree and elsewhere in
the District of Massachusetts,

> **3. MARCIAL SOTO-GARCIA**
> **a/k/a Carlos J.**
> **Gonzalez-Ortiz,**
> **a/k/a Francisco Diaz,**
> **a/k/a Nehemias Perez,**
> **a/k/a "Marcial,"**

defendant herein, with intent to deceive, falsely represented a
number to be the social security account number assigned by the
Commissioner of Social Security to him, when in fact such number
is not the social security account number assigned by the
Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section
408(a)(7)(B) and Title 18, United States Code, Section 2.

20

**COUNT TWENTY-ONE:**    **(Title 18, United States Code, Section**
**1028(a)(7)- Identity Theft; Tile 18, United**
**States Code, Section 2 - Aiding and Abetting)**

On or about February 7, 2005, at Braintree and

elsewhere in the District of Massachusetts,

> **3. MARCIAL SOTO-GARCIA**
> **a/k/a Carlos J.**
> **Gonzalez-Ortiz,**
> **a/k/a Francisco Diaz,**
> **a/k/a Nehemias Perez,**
> **a/k/a "Marcial,"**

defendant herein, did knowingly use, without lawful authority, a

means of identification of another person, to wit: a Commonwealth

of Massachusetts Driver's License in the name Carlos J. Gonzalez,

with the intent to commit and to aid and abet, a violation of

Federal law, specifically, conspiracy to distribute cocaine and

heroin as charged in Count One of the Indictment herein.

All in violation of Tile 18, United States Code, Section

1028(a)(7) and Title 18, United States Code, Section 2.

21

**COUNT TWENTY-TWO:**     **(Title 18, United States Code, Section 1028A(a)(1) - Aggravated Identity Theft; Tile 18, United States Code, Section 2 - Aiding and Abetting)**

On or about February 7, 2005, at Boston and elsewhere in the District of Massachusetts,

> **3. MARCIAL SOTO-GARCIA**
> **a/k/a Carlos J.**
> **Gonzalez-Ortiz,**
> **a/k/a Francisco Diaz,**
> **a/k/a Nehemias Perez,**
> **a/k/a "Marcial,"**

defendant herein, during and in relation an enumerated felony, specifically misuse of a Social Security Number as charged in Count Nineteen of the Indictment herein, did  knowingly possesses and use, without lawful authority, a means of identification of another person, to wit: a Commonwealth of Massachusetts Driver's License in the name Carlos J. Gonzalez.

All in violation of Title 18, United States Code, Section 1028A(a)(1) and Title 18, United States Code, Section 2.

**COUNT TWENTY-THREE:**   **(Title 8, United States Code, Section 1326(a) - Unlawful Entry After Deportation)**

On or about April 15, 2005, at or near Boston in the District of Massachusetts and elsewhere,

> **3. MARCIAL SOTO-GARCIA**
> **a/k/a Carlos J.**
> **Gonzalez-Ortiz,**
> **a/k/a Francisco Diaz,**
> **a/k/a Nehemias Perez,**
> **a/k/a "Marcial,"**

defendant herein, being an alien and having been excluded, deported and removed from the United States on or about February 24, 2002, at or near the Eastern District of New York was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a)(1).

23

**COUNT TWENTY-FOUR:   (Title 8, United States Code, Section 1326(a)
                       - Unlawful Entry After Deportation)**

On or about April 15, 2005, at or near Boston in the
District of Massachusetts and elsewhere,

> **5. MARINO ALBERTO,**
>       **a/k/a Arturo Rosa,**
>       **a/k/a "Victor,"**
>       **a/k/a "Peje"**

defendant herein, being an alien and having been excluded,
deported and removed from the United States on or about February
24, 2002, at or near Newark, New Jersey, was found in the United
States without having received the express consent of the United
States Attorney General prior to March 1, 2003, or the express
consent of the Secretary of the Department of Homeland Security
since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section
1326(a)(1).

24

## DRUG FORFEITURE ALLEGATIONS

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.   As a result of the offenses alleged in Counts One through Seven of this Indictment, the defendants,

1. **LEONEL ESMENDY**
   **GUERRA-PIMENTEL,**
   a/k/a José Alfredo
   Santiago,
   a/k/a José
   Acosta-Melendez,
   a/k/a "Leo,"

2. **FERNANDO HERANDNEZ-GONZALEZ,**
   a/k/a Nathaniel Arias,
   a/k/a "Nata,"

3. **MARCIAL SOTO-GARCIA**
   a/k/a Carlos J.
   Gonzalez-Ortiz,
   a/k/a Francisco Diaz,
   a/k/a Nehemias Perez,
   a/k/a "Marcial,"

4. **ROBERTO TUENI,**
   a/k/a Angel Vasquez,
   a/k/a Milton J. Martinez,
   a/k/a José Guerrero,
   a/k/a "Robertico,"

5. **MARINO ALBERTO,**
   a/k/a Arturo Rosa,
   a/k/a "Victor,"
   a/k/a "Peje"

25

6. **LUIS MANUEL**
   **GONZALEZ-CALDERON**
     a/k/a Rafael Jiminez,
     a/k/a "Gordo,"

7. **MANUEL FLORENTINO**
     a/k/a "Lilo,"

8. **WILLIAM MARTINEZ,**
     a/k/a "Primo"
     a/k/a "Loro"
     a/k/a "Lorito"

26

**9. LUIS FERNANDO CARVAJAL**

   **a/k/a "El Colo"**

**10. EDISON JARAMILLO**

   **a/k/a Roberto Feliciano**

   **a/k/a Edison Alberto**

   **Restrepo**

   **a/k/a "Jimmy"**

   **a/k/a "Eddie"**

**11. CARMEN LOPERA**

   **a/k/a Christina Lopera**

shall forfeit to the United States any and all property
constituting, or derived from, any proceeds the defendant
obtained, directly or indirectly, as a result of such offenses;
and/or any property used or intended to be used, in any manner or
part, to commit, or to facilitate the commission of, such
violations.  Such property includes, without limitation:

   (a) $22,250.00 in United States currency seized from
       4325 Washington Street, Roslindale, Massachusetts,
       on March 18, 2005;

   (b) One 1998 Honda Accord, Vehicle Identification
       Number 1HGCG1652WA061629, Massachusetts
       Registration Number 93TT60, seized from 4325
       Washington Street, Roslindale, Massachusetts, on
       March 18, 2005;

   (c) $3,730.00 in United States currency seized from
       175 G Centre Street, Apartment 706, Quincy,
       Massachusetts, on April 15, 2005;

   (d) $2,625.00 in United States currency seized from 50
       Pinehurst Street, Third Floor, Roslindale,
       Massachusetts, on April 15, 2005;

(e) One 1998 Ford Explorer Eddie Bauer, Vehicle Identification Number 1FMZU34E8WZB87877, Massachusetts Registration Number 31VX23, seized from the corner of Rosecliff Avenue and Boston Road, Dorchester, Massachusetts, on April 14, 2005;

(f) One 1994 Toyota Camry, Vehicle Identification Number 4T1GK13EXRU017766, Massachusetts Registration Number 38TH33, seized from Forest Hills Street, Jamaica Plain, Massachusetts, on April 14, 2005;

(g) One 2001 Honda Accord, Vehicle Identification Number 1HGCG16581A075446, Massachusetts Registration Number 59TT49, seized from the 175K Centre Street, Quincy, Massachusetts, on April 15, 2005;

(h) $3,797.00 in United States currency seized from Forest Hills Street, Jamaica Plain, Massachusetts, on April 15, 2005;

(i) $19,900.00 in United States currency seized from the corner of Rosecliff Avenue and Boston Road, Dorchester, Massachusetts, on April 14, 2005; and

(j) $50,000.00 in United States currency posted as bail by Sandra J. Sanchez on April 15, 2005 at Quincy District Court in Quincy, Massachusetts, on behalf of EDISON JARAMILLO a/k/a Roberto Feliciano a/k/a Edison Alberto Restrepo a/k/a "Jimmy" a/k/a "Eddie".

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited

with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

29

## MONEY LAUNDERING FORFEITURE ALLEGATIONS
### (18 U.S.C. § 982(a)(1))

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts Eight through Fifteen of this Indictment, each of the defendants,

> 1. **LEONEL ESMENDY**
>    **GUERRA-PIMENTEL,**
>       **a/k/a José Alfredo**
>       **Santiago,**
>       **a/k/a José**
>       **Acosta-Melendez,**
>       **a/k/a "Leo,"**
> 3. **MARCIAL SOTO-GARCIA**
>       **a/k/a Carlos J.**
>       **Gonzalez-Ortiz,**
>       **a/k/a Francisco Diaz,**
>       **a/k/a Nehemias Perez,**
>       **a/k/a "Marcial,"**

shall forfeit to the United States the following property:

> (a)   any property, real or personal, involved in each offense in violation of 18 U.S.C. § 1956, for which that defendant is convicted, and all property traceable to such property; and

> (b)   a sum of money equal to the total amount of money involved in each offense in violation of 18 U.S.C. § 1956, for which that defendant is convicted.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1)(A), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 18 U.S.C. § 982.

31

A TRUE BILL

FOREPERSON OF THE GRAND JURY

NEIL J. GALLAGHER
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; June 2nd, 2005

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK    6/2/05  1:10

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. **I** _____  Investigating Agency **DEA** _____

City   Boston; Braintree _____   Related Case Information:

County   Suffolk; Norfolk _____   Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____   New _____
Magistrate Judge Case Number   **05-M-211-JLA**
Search Warrant Case         **05-M-215-JLA**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   **Leonel Esmendy Guerra-Pimentel** _____   Juvenile   ☐ Yes   ☒ No

Alias Name   **Jose Santiago, a/k/a Jose M. Costa-Melendez** _____

Address   162 Garfield Avenue, Hyde Park, MA _____

Birth date (Year   **1976** SSN (last 4 _____ Se **M** Race: **Hispanic** Nationalit **Dom. Rep.**

**Defense Counsel if**   **John M. Verdecchia** _____   Address: **1206 Westminster Street**
                                                          **Providence, RI**
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA **Neil J. Gallagher** _____   Bar Number if _____

**Interpreter:**   ☒ Yes ☐ No   List language and/or dialect:   **SPANISH** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

      ☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:** **April 15, 2005** _____

☒ Already in Federal Custody   as of 4/15/05 _____  in   USMS _____ .
☐ Already in State   _____   ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial   Ordered   _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony   **10 counts**

Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

Date  6/2/05        Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** **Leonel Esmendy Guerra-Pimentel** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | Count One |
| Set 2  21 U.S.C. Sec. 856 | maintaining a place for drug distribution | Count Two |
| Set 3  18 U.S.C. Sec. 1956 | money laundering | Counts 9-13 |
| Set 4  42 U.S.C. 408(a)(7)(B) | social security number misuse | Count 17 |
| Set 5  18 U.S.C. Sec. 1028 | identity theft | Count 18 |
| Set 6  18 U.S.C. Sec. 1028A | aggravated identity theft | Count 19 |
| Set 7  18 U.S.C. Sec. 2 | aiding and abetting | Counts 2, 9-13, 17-19 |
| Set 8  21 U.S.C. 853 | drug forfeiture allegation | |
| Set 9  18 U.S.C. 882 | money laundering forfeiture allegation | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I_____    **Investigating Agency** __DEA_____

**City** __Boston; Braintree_____    **Related Case Information:**

**County** __Suffolk; Norfolk_____    **Superseding Ind./ Inf.** _____    **Case No.** _____
                                            **Same Defendant** _____    **New** _____
                                            **Magistrate Judge Case Number** __05-M-211-JLA_____
                                            **Search Warrant Case** __05-M-214-JLA_____
                                            **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **FERNANDO HERNANDEZ-GONZALEZ**    **Juvenile**  ☐ **Yes**    ☒ **No**

Alias Name  **"Nata"** _____

Address   __734 Western Avenue, Apt 1, Lynn, MA__

Birth date (Year    __1979__ SSN (last 4   __0681__ Se  __M__ Race:  __Hispanic__    Nationalit  __Dom. Rep.__

**Defense Counsel if**         __Unknown_____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**    ☒ **Yes** ☐ **No**    **List language and/or dialect:**    __SPANISH_____

**Matter to be SEALED:**    ☐ **Yes**    ☒ **No**

      ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeano** _____    ☒ **Felony**  **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date**  **6/2/05**        **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   FERNANDO HERNANDEZ-GONZALES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | Count One |
| Set 2  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. __I_____    Investigating Agency __DEA_____

City __Boston_____    Related Case Information:

County ___Suffolk_____    Superseding Ind./ Inf. _____    Case No. _____
                                 **Same Defendant** _____    **New** _____
                                 Magistrate Judge Case Number __05-M-211-JLA_____
                                 Search Warrant Case _____05-M-212-JLA_____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARCIAL SOTO-GARCIA_____    **Juvenile**  ☐ Yes  ☒ No

Alias Name __Carlos Gonzalez-Ortiz; Francisco Diaz; Nehemias Perez"Marcial"_____

Address ___136 Seaver St., Apt 45, Boston, MA_____

Birth date (Year ___1978_ SSN (last 4 __7214_ Se __M_ Race: __Hispanic___ Nationalit __Dom. Rep._____

**Defense Counsel if** ____Matthew B. Smith_____    **Address:** __1206 West Minster Street__
                                                          __Providence, RI 02909_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher_____    **Bar Number if** _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    __SPANISH_____

Matter to be SEALED:    ☐ Yes  ☒ No

       ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

Arrest Date: ___April 15, 2005_____

☒ Already in Federal Custody __as of 4/15/05_____ in __USMS_____ .
☐ **Already in State** _____    ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony __Nine_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date __6/2/05____    Signature of _____

%JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant      **MARICAL SOTO-GARCIA** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | **Count One** |
| **Set 2**  21 U.S.C. Sec. 856 | maintaining a place for drug distribution | **Count Three** |
| **Set 3**  18 U.S.C. Sec. 1956 | money laundering | **Counts 14-16** |
| **Set 4**  42 U.S.C. 408(a)(7)(B) | social security number misuse | **Count 20** |
| **Set 5**  18 U.S.C. Sec. 1028 | identity theft | **Count 21** |
| **Set 6**  18 U.S.C. Sec. 1028A | aggravated identity theft | **Count 22** |
| **Set 7**  8 U.S.C. Sec. 1326(a) | unlawful entry after deportation | **Count 23** |
| **Set 8**  18 U.S.C. Sec. 2 | aiding and abetting | **Counts 3, 14-16,2-22** |
| **Set 9**  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| **Set 10**  18 U.S.C. Sec. 982 | money laundering forfeiture allegation | |
| **Set 11** _____ | | |
| **Set 12** _____ | | |
| **Set 13** _____ | | |
| **Set 14** _____ | | |
| **Set 15** _____ | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I_____    **Investigating Agency** __DEA_____

**City**  __Boston; Braintree_____    **Related Case Information:**

**County**  __Suffolk; Norfolk_____    **Superseding Ind./ Inf.** _____  **Case No.** _____
                                            **Same Defendant** _____  **New** _____
                                            **Magistrate Judge Case Number**  __05-M-211-JLA_____
                                            **Search Warrant Case** _____
                                            **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **ROBERTO TUENI**_____    **Juvenile** ☐ Yes  ☒ No

Alias Name  __Angel Vasquez, Milton J. Martinez, Jose Guerro_____

Address  __136 Seaver St., Apt 136, Dorchester, MA_____

Birth date (Year  __1980__  SSN (last 4  __7845__  Se __M__ Race: __Hispanic__  Nationalit __Dom. Rep__

**Defense Counsel if**  __Carlos Dominguez_____    **Address:** __232 Commercial Street__
                                                              __Boston, MA_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:**  ☒ Yes  ☐ No        **List language and/or dialect:**  __SPANISH_____

**Matter to be SEALED:**  ☐ Yes  ☒ No

   ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**  __April 15, 2005_____

☒ **Already in Federal Custody**  __as of 4/15/04_____  in  __USMS_____ .
☐ **Already in State** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**        **Ordered** _____  **on** _____

**Charging Document:**  ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeano** _____  ☒ **Felony**  **One**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**  __6/2/05__        **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **ROBERTO TUENI** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | **Count One** |
| Set 2  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** _I_____    **Investigating Agency** _DEA_____

**City** _Boston_____    **Related Case Information:**

**County** _Suffolk_____    **Superseding Ind./ Inf.** _____    **Case No.** _____
                          **Same Defendant** _____    **New** _____
                          **Magistrate Judge Case Number** _05-M-211-JLA_____
                          **Search Warrant Case** _05-M-213-JLA_____
                          **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name   **MARINO ALBERTO**_____    **Juvenile** ☐ **Yes** ☒ **No**

Alias Name   **Victor Rosa**_____

Address   _175 Centre St., Apt 706, Quincy, MA_____

Birth date (Year   _1953_ SSN (last 4 _____ Se _M_ Race: _Hispanic___ Nationalit _Dom. Rep._____

**Defense Counsel if**   _Michael J. Liston_____   Address: **2 Park Plaza, Suite 610**
                                                **Boston, MA**_____

**Bar Number:**   _____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____    **Bar Number if**   _____

**Interpreter:**   ☒ **Yes** ☐ **No**      **List language and/or dialect:**   _SPANISH_____

**Matter to be SEALED:**   ☐ **Yes**   ☒ **No**

      ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**   _April 15, 2005_____

☒ **Already in Federal Custody** _as of 4/15/05_____ **in** _USMS_____.
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   **Three**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**   **6/2/05**      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **MARINO ALBERTO**

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy | Count One |
| Set 2  21 U.S.C. Sec. 841(a)(1) | possession with intent to distribute cocaine | Count Eight |
| Set 3  8 U.S.C. Sec. 1326(a) | unlawful entry after deportation | Count 24 |
| Set 4  18 U.S.C. Sec. 2 | aiding and abetting | Count Eight |
| Set 5  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Boston_____  **Related Case Information:**

**County** _Suffolk_____  **Superseding Ind./ Inf.** _____ **Case No.** _____
　　　　　　　　　　　　　 **Same Defendant** _____ **New** _____
　　　　　　　　　　　　　 **Magistrate Judge Case Number** _05-M-211-JLA_____
　　　　　　　　　　　　　 **Search Warrant Case** _____
　　　　　　　　　　　　　 **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name **Luis Manuel Gonzales-Calderon**　　　　**Juvenile** ☐ Yes ☒ No

Alias Name **Rafael Jimenez, a/k/a El Gordo**_____

Address _4325 Washington St., 2ⁿᵈ Floor, Roslindale, MA_____

Birth date (Year _1971_ SSN (last 4 _____ Se _M_ Race: _Hispanic___ Nationalit _Dom. Rep.___

**Defense Counsel if** 　**Ron Segal**_____ **Address: 23 Central Ave., Suite 605**
**Bar Number:** _____　　　　　　　　　 _Lynn, MA_____

**U.S. Attorney Information:**

**AUSA** _Neil J. Gallagher_____　　**Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No　　**List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

　　☐ **Warrant Requested**　　☐ **Regular Process**　　☒ **In Custody**

**Location Status:**

**Arrest Date:** _March 18, 2005_____

☒ **Already in Federal Custody** _as 4/25/05_____ in _USMS_____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**　　**Ordered** _____ **on** _____

**Charging Document:**　☐ **Complaint**　☐ **Information**　☒ **Indictment**

**Total # of Counts:**　☐ **Petty** _____　☐ **Misdemeano** _____　☒ **Felony** **Two**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒　　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
　　accurately set forth above.

**Date** _6/2/05_　　　**Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Luis Manuel Gonzales-Calderon _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy | Count One |
| Set 2  21 U.S.C. Sec. 841(a)(1) | possession with intent to distribute cocaine | Count Four |
| Set 3  18 U.S.C. Sec. 2 | aiding and abetting | Count 4 |
| Set 4  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____    **Category No. I** _____    **Investigating Agency** __DEA__

**City** __Boston; Braintree__    **Related Case Information:**

**County** __Suffolk; Norfolk__    **Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** __05-M-211-JLA__ _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name __Manuel Florentino__    **Juvenile** ☐ Yes  ☒ No

Alias Name __Lilo__

Address __137 Franklin St., Apt. 3, Malden, MA__

Birth date (Year __1963__ SSN (last 4 _____ Se __M__ Race: __Hispanic__ Nationalit __Dom. Rep.__

**Defense Counsel if** __Unknown__    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher__    **Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** __SPANISH__

**Matter to be SEALED:** ☐ Yes ☒ No

☒ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody** _____ **in** _____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony** __One__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** __6/2/05__    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    __Manuel Florentino_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy | Count One |
| Set 2  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**           **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** __I_____    **Investigating Agency** __DEA_____

**City** __Boston_____    **Related Case Information:**

**County** __Suffolk_____    **Superseding Ind./ Inf.** _____   **Case No.** _____
       **Same Defendant** _____    **New** _____
       **Magistrate Judge Case Number** __05-M-211-JLA_____
       **Search Warrant Case** _____
       **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** __William Martinez_____    **Juvenile** ☐ **Yes** ☒ **No**

**Alias Name** __Loro a/k/a Lorito_____

**Address** _____

**Birth date (Year** __1966_ **SSN (last 4** _____ **Se** _M_ **Race:** __Hispanic___ **Nationalit** __Dom. Rep.___

**Defense Counsel if** __Oriosto Medrano Santana__    **Address:** __14 Village Green Lane__
                                                       __Natick, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil J. Gallagher_____    **Bar Number if** _____

**Interpreter:** ☒ **Yes** ☐ **No**      **List language and/or dialect:** __SPANISH_____

**Matter to be SEALED:** ☐ **Yes** ☒ **No**

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:** __April 15, 2005_____

☒ **Already in Federal Custody** __as of 4/15/05_____ **in** __USMS_____ .
☐ **Already in State** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial**   **Ordered** _____ **on** _____

**Charging Document:**    ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____ ☐ **Misdemeano** _____ ☒ **Felony**   **One** _____

<div align="center">Continue on Page 2 for Entry of U.S.C. Citations</div>

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date**   **6/2/05**      **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **William Martinez** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  __21 U.S.C. Sec. 846__ | conspiracy to distribute cocaine and heroin | __Count One__ |
| Set 2  __21 U.S.C. Sec. 853__ | drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I**_____    Investigating Agency **DEA**_____

City    **Boston**_____    **Related Case Information:**

County    **Suffolk**_____    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New _____
Magistrate Judge Case Number **05-M-0455-RBC**_____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Luis Fernando Carvajal**_____    Juvenile ☐ Yes ☒ No

Alias Name **El Colo**_____

Address **37 Hamilton St., Dorchester, MA**_____

Birth date (Year **1967** SSN (last 4 _____ Se **M** Race: **Hispanic** Nationalit **Colombia**

**Defense Counsel if**    **Victoria M. Bonilla-Argudo**    Address: **77 Central St., 2nd Floor**
                                                                       **Boston, MA**_____
Bar Number: _____

**U.S. Attorney Information:**

AUSA **Neil Gallagher**_____    **Bar Number if**    _____

**Interpreter:**    ☒ Yes ☐ No    List language and/or dialect:    **SPANISH**_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    **March 19, 2005**_____

☒ Already in Federal Custody as **as of 4/29/05**_____ in **USMS**_____ .
☐ Already in State Custody _____    ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    **Ordered**    _____    on    _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony    **Two**

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:    6/2/05    Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Luis Fernando Carvajal

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | Count One |
| Set 2   21 U.S.C. Sec. 841(a)(1) | possession with intent to distribute heroin | Count Five |
| Set 3   18 U.S.C. Sec. 2 | aiding and abetting | Count Five |
| Set 4   21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                 **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. **I** _____    Investigating Agency  **DEA** _____

City  **Boston; Braintree** _____    **Related Case Information:**

County  **Suffolk; Norfolk** _____    Superseding Ind./ Inf. _____    Case No. _____
                                          **Same Defendant** _____    **New** _____
                                          Magistrate Judge Case Number  **05-M-0455-RBC** _____
                                          **Search Warrant Case** _____
                                          **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **EDISON JARAMILLO** _____    **Juvenile**  ☐ Yes    ☒ No

Alias Name  **Robert Feliciano; Edison Alberto Restrepo** _____

Address  **49 John St., Apt 6, Malden, MA** _____

Birth date (Year  **1979** SSN (last 4  **7482** Se  **M** Race:  **Hispanic** Nationalit  **Colombia**

**Defense Counsel if**         **Harold H. Hakala** _____    Address: **15 Court Square, Suite 1150**
                                                                        **Boston, MA** _____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA **Neil Gallagher** _____    **Bar Number if** _____

**Interpreter:**    ☒ Yes  ☐ No    List language and/or dialect:    **SPANISH** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**    **March 19, 2005** _____

☒ **Already in Federal Custody**  **as of 4/29/05** _____  in   **USMS** _____ .
☐ **Already in State** _____    ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial**    **Ordered** _____    **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  **Two**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date  **6/2/05**         Signature of _____

♦JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    Edison Jaramillo** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | conspiracy to distribute cocaine and heroin | Count One |
| Set 2  21 U.S.C. Sec. 841(a)(1) | possession with intent to distribute heroin | Count Five |
| Set 3  18 U.S.C. Sec. 2 | Aiding and abetting | Count Five |
| Set 4  21 U.S.C. Sec. 853 | Drug forfeiture allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____  **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Boston; Braintree_____   **Related Case Information:**

**County** _Suffolk; Norfolk_____   **Superseding Ind./ Inf.** _____  **Case No.** _____
                                       **Same Defendant** _____  **New** _____
                                       **Magistrate Judge Case Number** _05-M-0455-RBC_____
                                       **Search Warrant Case** _____
                                       **R 20/R 40 from District of** _____

**Defendant Information:**

Defendant Name  **Carmen Lopera**_____  **Juvenile** ☐ Yes  ☒ No

Alias Name  **Christina Lopera**_____

Address  _49 John St., Apt 6, Malden, MA_____

Birth date (Year   _unk_  SSN (last 4 _____ Se _F_ Race: _Hispanic___  Nationalit _Colombia_____

**Defense Counsel if**   **Elliot M. Weinstein**_____  **Address:** _228 Lewis Wharf_____
                                                            _Boston, MA_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____  **Bar Number if** _____

**Interpreter:**   ☒ Yes ☐ No   **List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:**   ☐ Yes  ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** _April 29, 2005_____

☒ **Already in Federal Custody** _as of 4/29/05_____ in _USMS_____.
☐ **Already in State** _____  ☐ Serving Sentence ☐ Awaiting Trial
☐ **On Pretrial**    **Ordered** _____  **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date** _6/2/05_    **Signature of** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Carmen Lopera _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 843(b) | Unlawful use of Communications Facility | Count Seven |
| Set 2  21 U.S.C. Sec. 853 | drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### ORDER OF REFERENCE

*U S A*

Check if previously referred _____

V.

CA/CR No. *05-10138-DPW*

*Esmendy et al*

Criminal Category _____*I*_____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _____ for the following proceedings:

(A)  Determination (Order) on:
    ( ) Rule 16(b) and/or Pretrial proceedings  *(except ex parte motions in criminal cases)*
    ( ) Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
       See Documents Numbered : _____
    ( ) Ex Parte Motions in criminal cases - See Documents Numbered: _____

    Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.  28 U.S.C. §636(b)(1)(A)

(B)  Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
       See Documents Numbered: _____

(C)  Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)  Special instructions  *Pretrial*

_6-2-05_
DATE

By : _S. Duske_
Deputy Clerk

( ) Civil Rule 16(b) /Pretrial Proceedings
( ) Civil and MBD Discovery
( ) Service as Special Master
( ) Civil Dispositive Motions
( ) Miscellaneous

( ) Criminal Dispositive Motions
( ) Criminal Pretrial or Discovery
( ) Criminal Ex Parte Motions
( ) Post Conviction Proceedings[1]

(Order of Ref to M.J.wpd - 12/98)

[oref., koref.]