UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                    CR. NO. 05-10138-DPW

CARMEN LOPERA

DEFENDANT'S MOTION TO RESCHEDULE HEARING

Defendant Carmen Lopera, by her attorney, moves that this Court reschedule her arraignment for the reason that a Rule 11 hearing is scheduled for July 11, 2005.

 

CARMEN LOPERA
By her attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

July 5, 2005