UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                  CR. NO. 05-10138-DPW

CARMEN LOPERA

DEFENDANT'S MOTION TO WAIVE PRE-SENTENCE REPORT

Defendant Carmen Lopera, by her attorney, moves pursuant to Rule 32(c)(1)(A)(ii) that this Court determine that a pre-sentence report is not required and that defendant be sentenced at her Rule 11 hearing scheduled for July 11, 2005.

Defendant submits that she will be advocating for a sentence of time served and entry of a judicial order of deportation so that she may be, as quickly as possible, be returned to her native country (Columbia) and be re-united with her five month old child. Defendant believes that the government is substantial agreement with this goal.

                                                    CARMEN LOPERA
                                                    By her attorney,


                                                    /s/ Elliot M. Weinstein
                                                    Elliot M. Weinstein
                                                    BBO #520400
                                                    228 Lewis Wharf
                                                    Boston, MA 02110
                                                    617-367-9334

July 6, 2005