```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-10138-DPW-01 |
| LEONEL ESMENDY | ) | |
| GUERRA-PIMENTEL et al. | ) | |
| | ) | |

**ASSENTED TO MOTION TO SCHEDULE A FINAL
STATUS CONFERENCE (AND TO EXCLUDE TIME)**

The United States and the defendants hereby respectfully request that this Court schedule an interim status conference for November 16, 2005 at 4:00 p.m. and exclude time from October 17, 2005 to November 16, 2005.

In support of this motion, the government states as follows:

1. The court held an interim status conference on October 17, 2005.

2. The government has provided discovery to the defendants consisting of over 800 pages of documents and two wiretaps containing more than 6,000 recorded phone calls. Additional time is required for defendants to review this discovery.

Accordingly, the parties respectfully request that this Court schedule a final status conference and that the Court order excluded under the Speedy Trial Act all time from to October 17, 2005 to November 16, 2005.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

          By:              /s/ Neil Gallagher
                                        Neil J. Gallagher, Jr.
                                        Assistant U.S. Attorney

Date: October 17, 2005