JOHN M. VERDECCHIA
ATTORNEY AT LAW
1206 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02909
—
(401) 453-0700
FAX (401) 454-5557

November 1, 2005

Magistrate Judge Joyce London Alexander
United States District Court
One Courthouse Way, Ste. 2300
Boston, MA 02210

Re:   Show Cause Notice
      United States v. Leonel Esmedy Guerra-Pimental, et al
      MJ-05-M-211JLA

Dear Magistrate Alexander:

    I am writing in response to a notice received by this office regarding a Show Cause hearing which is tentatively scheduled for November 8, 2005. By way of explanation, let me say that neither myself nor Attorney Smith ever received notice of the proceedings which were purportedly scheduled for October 17, 2005. I have enclosed a copy of the last correspondence we received from the court prior to that date. As you can see from this notice, it is rather ambiguous and does not state with any definitiveness the date or time of the next proceeding. I only learned that there was a scheduled matter for that date through my client's wife who had informed my office that there was a scheduled proceeding for that date. I check with my office staff and no one in my office ever recalled receiving a notice of that hearing nor was any notation made in our calendar for a court proceeding on that date. May I say that in the several years that I have practice in the Boston Federal Court, I have never missed a scheduled court date of which I was aware. The notices that I have received lately from the court are confusing and not specific with regard to dates and times of court proceedings. In fact, I only learned of the upcoming November 16th date by contacting the clerk's office. However, even the clerk's office was unable to give me the time of the next scheduled proceeding. I had to contact Neil Gallagher in order to determine the time of the status conference on November 16, 2005.

    As I stated earlier, I cannot recall ever missing a scheduled proceeding in all the time that I have practiced in the Federal District Court in Boston. Obviously, my failure to attend on October 17, 2005 was clearly due to a miscommunication. Of course, I would apologize to the court for being absent on that date, but given the circumstances, I do not feel that it was my fault for being absent from those proceedings. I hope this response adequately explains my failure to attend on October 17, 2005.

Magistrate Judge Joyce London Alexander
United States District Court
Page 2 of 2.

Very truly yours,

John M. Verdecchia, Esq.

JMV\nfm
Encl.

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Miner, Valencia entered on 8/18/2005 at 11:33 AM EDT and filed on 8/17/2005
Case Name: USA v. Leonel Esmedy Guerra-Pimental et al
Case Number: 1:05-cr-10138
Filer:
Document Number:

Docket Text:
Magistrate Judge Joyce London Alexander: Electronic ORDER entered partially granting [63] Motion to Schedule an Interim Status Conference is MOOT. Motion to Exclude Time from 8/9/05 through 10/17/05 is ALLOWED as to Leonel Esmedy Guerra-Pimental. "In that the Court previously scheduled the interim status conference during the initial status conference, that part of the motion is moot. That part moving to exclude time is allowed." (1) (Miner, Valencia)

The following document(s) are associated with this transaction:

1:05-cr-10138-1 Notice will be electronically mailed to:

Victoria M. Bonilla-Argudo    vicky@lawgenie.com

Carlos Jorge Dominguez    dmngzcarlos@aol.com

Neil J. Gallagher, Jr    neil.gallagher@usdoj.gov

Harold H. Hakala    jbgnecco@hotmail.com

Michael J. Liston    m.liston@verizon.net

Eduardo A. Masferrer    masferrer@mhattorneys.com

Oriosto Medrano Santana    ottomedrano@yahoo.com

Jonathan Shapiro    jshapiro@sswg.com

Elliot M. Weinstein    defense228@aol.com

1:05-cr-10138-1 Notice will not be electronically mailed to:

Ronald Ian Segal
Segal & Judge
23 Central Avenue
Suite 605
Lynn, MA 01901

Matthew B. Smith
1206 West Minster Street
Providence, RI 02909

John M. Verdecchia
1206 Westminster Street
Providence, RI 02909

United States District Court

District of Massachusetts

Notice of Electronic Filing

The following transaction was received from JLA, int1 entered on 9/23/2005 at 7:14 PM EDT and filed on 9/21/2005
Case Name:  USA v. Leonel Esmedy Guerra-Pimental et al
Case Number: 1:05-cr-10138
Filer:
Document Number:

Docket Text:
Magistrate Judge Joyce London Alexander: ElectronicORDER entered granting [70] Motion to Withdraw as Attorney as to Manuel Florentino (7) (JLA, int1)

The following document(s) are associated with this transaction:


1:05-cr-10138-7 Notice will be electronically mailed to:

Victoria M. Bonilla-Argudo    vicky@lawgenie.com

Roger A. Cox    coxcox@bellatlantic.net

Carlos Jorge Dominguez    dmngzcarlos@aol.com

Neil J. Gallagher , Jr    neil.gallagher@usdoj.gov

Harold H. Hakala    jbgnecco@hotmail.com

Michael J. Liston    m.liston@verizon.net

Eduardo A. Masferrer    masferrer@mhattorneys.com

Oriosto Medrano Santana    ottomedrano@yahoo.com

Jonathan Shapiro    jshapiro@sswg.com

Elliot M. Weinstein    defense228@aol.com

1:05-cr-10138-7 Notice will not be electronically mailed to:

Ronald Ian Segal
Segal & Judge
23 Central Avenue
Suite 605
Lynn, MA 01901

Matthew B. Smith
1206 West Minster Street
Providence, RI 02909

John M. Verdecchia
1206 Westminster Street
Providence, RI 02909

11/16/05
16th
4:00 p.m.



# LAW OFFICE OF
# JOHN M. VERDECCHIA
1206 WESTMINSTER STREET
PROVIDENCE, RI 02909
TELE: (401) 453-0700
FAX: (401) 454-5557

---

## FACSIMILE TRANSMITTAL SHEET

TO: Magistrate Alexander         FROM: John Verdecchia
COMPANY: U.S.D.C.                DATE: 11-2-05
FAX NUMBER: (617) 748-4584       TOTAL NO. OF PAGES INCLUDING COVER: 5
RE: U.S vs. L. Guerra-Pimental, et al
    MJ 05-M-211 JLA

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

NOTES/COMMENTS:

---

THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS FACSIMILE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR COPYING OF THIS FACSIMILE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.
IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT TINA AT (401) 453-0700. THANK YOU.